1  Richard Grabowski (SBN 125666)
   rgrabowski@jonesday.com
2  John A. Vogt (SBN 198677)
   javogt@jonesday.com
3  Jeremy S. Close (SBN 260226)
   jsclose@jonesday.com
4  JONES DAY
   3161 Michelson Drive, Suite 800
5  Irvine, CA 92612.4408
   Telephone: +1.949.851.3939
6  Facsimile: +1.949.553.7539

7  Attorneys for Defendant EXPERIAN
   INFORMATION SOLUTIONS, INC.
8

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OWENS,<br><br>           Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>           Defendant. | **Case No. 2:16-CV-04551-FMO-JCX**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER CASE TO DISTRICT OF ARIZONA PURSUANT TO 28 U.S.C. § 1404(A)** |

Plaintiff Anthony Owens and Defendant Experian Information Solutions, Inc. ("Experian") have agreed, pursuant to 28 U.S.C. § 1404(a), to transfer this action to the District of Arizona, where over 20 similar cases have been consolidated into the lawsuit *Warner v. Experian Information Solutions, Inc.*, Case No. 2:15-cv-01212-GMS, filed on June 30, 2015. Based on the Parties' stipulation, and good cause appearing that transfer would be convenient for parties and witnesses, and in the interest of justice, it is hereby ORDERED that this action shall be transferred to the District of Arizona pursuant to 28 U.S.C. § 1404(a). The parties may seek leave from the court in the District of Arizona to consolidate the instant action with the actions pending in *Warner v. Experian Information Solutions, Inc.*, Case No. 2:15-cv-01212-GMS.

**IT IS SO ORDERED.**

DATED this 6th day of September, 2016.

/s/
Honorable Fernando M. Olguin
United States District Judge